**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-02534-CBS

MARQUISE D. HARRIS,

    Plaintiff,

v.

PAT BOWLEN (sued individual official capacity), and
DENVER BRONCOS FOOTBALL ORGANIZATION (sued in official individual capacity),

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER

    "Plaintiff['s] Motion to Strike (ECF No. 7) filed on October 15, 2012, is GRANTED.

Dated: October 29, 2012