IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   12-cv-02534-WYD-MJW

MARQUISE D. HARRIS,

    Plaintiff,

v.

PAT BOWLEN (in his individual and official capacity), and,
DENVER BRONCOS FOOTBALL ORGANIZATION (in its official and individual capacity),

    Defendants.

---

## ORDER
---

    THIS MATTER comes before the Court on plaintiff, Marquise D. Harris's, Motion To Dismiss [ECF No. 49], filed on March 6, 2013.  After careful review of the file, the Court concludes that pursuant to Rule 41(a)(1)(A)(i) of the FEDERAL RULES of CIVIL PROCEDURE, this action should be dismissed with prejudice.  Accordingly, it is

    ORDERED that Marquise D. Harris's Motion To Dismiss [ECF No. 49] is **GRANTED**, and the above captioned case is **DISMISSED WITH PREJUDICE**.  It is

    FURTHER ORDERED that Marquise D. Harris's Motion For Recusal [ECF No. 48], filed on March 6, 2013, is **DENIED AS MOOT**.  It is

    FURTHER ORDERED that the Defendants' Motion To Dismiss The Amended Complaint Under Fed. R. Civ. P. 12(b)(1) And 12(b)(6) [ECF No. 32], filed on December 19, 2012, is **DENIED AS MOOT**.

Dated: March 12, 2013.

BY THE COURT:

/s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior U.S. District Judge