IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   12-cv-02534-WYD-MJW

MARQUISE D. HARRIS,

    Plaintiff,

v.

PAT BOWLEN (in his individual and official capacity), and,
DENVER BRONCOS FOOTBALL ORGANIZATION (in its official and individual capacity),

    Defendants.

## AMENDED ORDER

In light of plaintiff, Marquise D. Harris's, Objection To Dismissal Of Complaint With Prejudice [ECF No. 52], filed on March 18, 2013, it is

ORDERED that Marquise D. Harris's Motion To Dismiss [ECF No. 49] is **GRANTED**, and the above captioned case is **DISMISSED WITHOUT PREJUDICE**.  It is

FURTHER ORDERED that Marquise D. Harris's Motion For Recusal [ECF No. 48], filed on March 6, 2013, is **DENIED AS MOOT**.  It is

FURTHER ORDERED that the Defendants' Motion To Dismiss The Amended Complaint Under Fed. R. Civ. P. 12(b)(1) And 12(b)(6) [ECF No. 32], filed on December 19, 2012, is **DENIED AS MOOT**.

Dated: March 18, 2013.

BY THE COURT:

<u>/s/ Wiley Y. Daniel</u>
Wiley Y. Daniel
Senior U.S. District Judge